In the Matter of WAMEL ALLAH, Appellant, v GEORGE PATAKI, as Governor of New York State, et al., Respondents.

Submitted June 20, 2005; decided July 6, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the issues presented have become moot.